**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   GUITARS AND CADILLACS OF D'IBERVILLE, LLC,           Case No.: 10-50466-NPO
         Debtor in Possession                                                                  Chapter 11 Proceeding

_____

**APPLICATION FOR ORDER APPROVING EMPLOYMENT OF ATTORNEY**
_____

COMES NOW the Debtor, GUITARS AND CADILLACS OF D'IBERVILLE, LLC, and applies to the Court for an Order authorizing the employment of David L. Lord, Esq., of David L. Lord and Associates, P.A., as Counsel of Record for the Debtor in this Chapter 11 case.  In support of this application, the Debtor would show unto the Court the following, to-wit:

1. That on March 2, 2010, the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.  The Debtor has remained in possession of its assets and is now operating its business as a Debtor in Possession.

2. That the Debtor has retained David L. Lord, Esq., Attorney at Law, and the law firm of David L. Lord and Associates, P.A., to represent the Debtor in this Chapter 11 case.

3. That the Debtor proposes to employ David L. Lord, Esq., for the following purposes:

   a. To advise the Debtor as to its rights, duties, and powers as a Debtor in Possession;

   b. To prepare and file the statements, schedules, plans, and other documents and pleadings necessary to be filed by the Debtor in this case and to prepare and negotiate one or more plans of reorganization for the Debtor.

   c. To represent the Debtor at all hearings, meeting of creditors, conferences, trials, and other proceedings in this case; and

   d. To perform such other legal services as may be necessary in connection with this case.

4. That the Debtor has made careful and diligent inquiry and is satisfied that the Attorney is qualified and competent to represent the Debtor in this case for the following reasons:

   a. That the Attorney has prepared and filed the petition and related documents initiating this Chapter 11 case; and

   b. That the Attorney is admitted to practice before this Court, and is experienced in bankruptcy practice and Chapter 11 proceedings.

5. That the Debtor has entered into a written employment agreement with the Attorney dated February 22, 2010, with respect to the services to be performed by the Attorney and the compensation to be paid to the Attorney. A copy of the agreement is attached to this application and the Debtor proposes to compensate the Attorney as provided in the agreement, subject to the approval of the Court after the rendering of such services.

6. That the Debtor is informed and believes that the Attorney has no connection with the Debtor, Creditors, or any other party of interest, or their respective attorneys or accountants. The Debtor is informed and believes that the Attorney does not hold or represent an interest adverse to the estate with respect to the matters on which they are employed, and that the employment of the Attorney is in the best interest of the estate.

7. That the appointment of a Trustee has not been requested in this case and Notice of this application need be given only to the United States Trustee for this District and a hearing need not be held on this application unless promptly requested by the United States Trustee.

WHEREFORE, PREMISES CONSIDERED, the Debtor respectfully requests that this honorable Court enter an Order approving the employment of David L. Lord, Esq., and the law firm of David L. Lord and Associates, P.A., as Counsel of Record for the Debtor in this Chapter 11 case.

RESPECTFULLY SUBMITTED this the 4th day of March, 2010.

        GUITARS AND CADILLACS OF D'IBERVILLE, LLC,
the Applicant, by:

/s/  David Buchanan
David Buchanan, Member

/s/  Kenneth Davis
Kenneth Davis, Member

Approved by:

/s/  David L. Lord
David L. Lord (G)          MS Bar No. 1427
Attorney for the Debtor in Possession
David L. Lord and Associates, P.A.
2300 24th Avenue
Gulfport, MS 39501
Phone: (228) 868-5667
Fax: (228) 868-2554
ECF E-mail: lordlawfirm@bellsouth.net

## CERTIFICATE OF SERVICE

I, David L. Lord, Esq., of David L. Lord and Associates, P.A., Counsel for the above-listed Debtor(s), do hereby certify that I have served, this day, electronically, by the *Notice of Electronic Filing*, a true and correct copy of the above and foregoing *Application for Order Approving Employment of Attorney* to:

R. Michael Bolen, Esq.
United States Trustee
100 W. Capitol Street, Suite 706
Jackson, MS 39269
USTPRegion05.JA.ECF@usdoj.gov

DATED this the 4th day of March, 2010.

/s/  David L. Lord
David L. Lord (G)          MS Bar No. 1427
Attorney for the Debtor in Possession
David L. Lord and Associates, P.A.
2300 24th Avenue
Gulfport, MS 39501
Phone: (228) 868-5667
Fax: (228) 868-2554
ECF E-mail: lordlawfirm@bellsouth.net